```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND MAYRANT,

      Petitioner,

-against-

WILLIAM KEYSER,

      Respondent.

20-CV-9324 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that respondent has not been served with the Petition (Dkt. No. 1) and the Order to Answer (Dkt. No. 6), respondent's time to file and serve (1) an answer to the Petition, and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts is hereby EXTENDED to **March 19, 2021**.

The Clerk of Court is respectfully directed to serve a copy of this Order, the Order to Answer dated November 16, 2020 (Dkt. No. 6), and the Petition on the Attorney General of the State of New York by certified mail to 28 Liberty Street, New York, New York 10005; and on the District Attorney of Bronx County by certified mail to Bronx County District Attorney, 198 E. 161st Street, Bronx, New York 10451.

The Clerk of Court is also respectfully directed to mail a copy of this Order to the plaintiff.

Dated: New York, New York
       January 19, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**