```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND MAYRANT,

      Petitioner,

-against-

WILLIAM KEYSER,

      Respondent.

20-CV-9324 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court having previously stayed this matter pending state court resolution of petitioner's CPL § 440 motion (Dkt. 12), and petitioner having notified the Court that the New York Court of Appeals rendered its decision on March 29, 2022 (Dkt. 14), the stay in this case is hereby LIFTED. No later than **October 17, 2022**, respondent shall file and serve (1) an answer to the Petition, and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

    All other relief requested by petitioner in his Letter, not explicitly granted herein, is DENIED.

Dated: New York, New York
       August 19, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**