USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/3/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND MAYRANT,<br><br>                Petitioner,<br><br>-against-<br><br>JULIE WOLCOTT, Superintendent of Attica Correctional Facility,<br><br>                Respondent. | 20-CV-9324 (GBD) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of petitioner Raymond Mayrant's change of address form, dated October 30, 2024 (Dkt. 39), in which he states that he has been transferred to Attica Correctional Facility. Accordingly, the Clerk of Court is respectfully instructed to substitute "Julie Wolcott, Superintendent of Attica Correctional Facility" as the respondent in the caption of this action.

Dated: New York, New York
       January 3, 2025         SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**