**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RAYMOND MAYRANT,

                         Petitioner,                    20 **CIVIL** 9324 (GBD) (BCM)

          -against-                                     <u>**JUDGMENT**</u>

JULIE WOLCOTT, Superintendent of Attica
Correctional Facility,

                         Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated July 28, 2025, Petitioner does not

assert an adequate ground to set aside his conviction and sentence pursuant to § 2254. Magistrate

Judge Moses's Report and Recommendation is ADOPTED in full. Petitioner's objections to the

Report and Recommendation are OVERRULED. The petition for a writ of habeas corpus is

DENIED and the case is closed.

**DATED:** New York, New York
          July 29, 2025


                                                  **TAMMI M. HELLWIG**
                                        _____
                                                   **Clerk of Court**


                              **BY:**   _____
                                                   **Deputy Clerk**